**Kenneth Emanuel BAPTISTE, Plaintiff–Appellant,**

v.

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; et al., Defendants–Appellees.**

No. 05–56776.

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2007.*

Filed March 21, 2007.

Kenneth Emanuel Baptiste, Susanville, CA, pro se.

Richard J. Houle, Esq., Houle & Houle, Pasadena, CA, for Defendants–Appellees.

Before: KOZINSKI, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

California state prisoner Kenneth Emanuel Baptiste appeals pro se from the district court's judgment dismissing without prejudice his state law negligence claim. We review for abuse of discretion the district court's refusal to exercise supplemental jurisdiction. *See Ove v. Gwinn,* 264 F.3d 817, 821 (9th Cir.2001). We affirm.

The district court did not abuse its discretion when it declined to exercise supplemental jurisdiction over Baptiste's state claims after it had granted summary judg-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

ment on all claims over which it had original jurisdiction. *See* 28 U.S.C. § 1367(c); *cf. Bahrampour v. Lampert,* 356 F.3d 969, 978 (9th Cir.2004).

The remaining contentions lack merit.

**AFFIRMED.**